No. 2, October Term, 1949. GRAVER TANK & MFG. CO., INC. ET AL. *v.* LINDE AIR PRODUCTS CO., 339 U. S. 605. Rehearing denied. MR. JUSTICE MINTON took no part in the consideration or decision of this application.